**Electronically Filed**
**Supreme Court**
**SCWC-23-0000079**
**10-DEC-2025**
**09:18 AM**
**Dkt. 32 OGAC**

SCWC-23-0000079

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARVIN L. THEDFORD,
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000079; CASE NO. 1DAA-22-00009)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Remigio, in place of Devens, J., recused, and
Circuit Judge Tomasa, assigned by reason of vacancy)

Petitioner Marvin L. Thedford's Application for Writ of Certiorari, filed on October 13, 2025, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 10, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Catherine H. Remigio

/s/ Taryn R. Tomasa